UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | |
|---|---|
| JUSTIN NELSON, | ) |
| Plaintiff, | ) Civil No: 0:20-cv-00051-GFVT |
| V. | ) **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  Judgment is **ENTERED** in favor of the Plaintiff;

2.  All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 25th day of November, 2020.



Gregory F. Van Tatenhove
United States District Judge